AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    MASSACHUSETTS

PLAINTIFF
FLORENZO Di DONATO
197 FOREST STREET ARLINGTON, MA 02474-8922

V<sub>s</sub>

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

04 - 10021 JLT

TO: (Name and address of Defendant)

DEFENDANT
SECRETARY OF STATE WILLIAM FRANCIS GALVIN
STATE HOUSE RM. 337 BOSTON, MA 02133

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PRO SE
FLORENZO Di DONATO
197 FOREST STREET
ARLINGTON, MA 02474-8922

an answer to the complaint which is served on you with this summons, within   __20__   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



TONY _____  1-6-04
CLERK                              DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1/28/04 |
| NAME OF SERVER (PRINT) Florenzo DiDonato | TITLE Plaintiff |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: I Left it with the Election office clerk who Time-Dated it, accepting it for the Secretary of State.

☒ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  1/28/04        *Florenzo DiDonato*   Pro se
                Date              Signature of Server

197 Forest St, Arl. Ma 02474
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.