**CANDIDATE FLORENZO Di DONATO
197 FOREST ST.
ARLINGTON, MA 02474-8922**    **ADDENDUM TO CASE#
04-10021 JLT**

I served papers for Philip W. Johnston at his Boston office at 99
Summer St. on January28, 2004 at 2:45 pm. It was received by his
secretary **Megha with whom I have spoken to many times
whenever I have had to call his office during the primary
election.**

On January 26 or 27th I received a phone call personally from
Philip Johnston Chairman of the Democrat Party. He refused to
give me any information. He said, if you want information you
will have to dig for it. So I did as he advised me to do and I started
digging. I called on the Statehouse Library and secured the
address of his Boston Office and the rest was History. I would like
to add that I did receive a written receipt on Philp Johnston
letterhead stating that Secretary Megha did receive those papers.

Respectfully Submitted

Florenzo Di Donato Pro se

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of     *MASSACHUSETTS*

PLAINTIFF

  *FLORENZO Di DONATO*
  *197 FOREST STREET ARLINGTON, MA 02474-8922*

     **V.**

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

## 04 - 10021 JLT

TO: (Name and address of Defendant)

DEFENDANT

  *PHILIP JOHNSTON CHAIRMAN OF THE STATE DEMOCRAT COMMITTEE*
  *10 GRANITE .AVE. QUINCY MA 02169*

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

PRO SE

  *FLORENZO Di DONATO*
  *197 FOREST STREET*
  *ARLINGTON, MA 02474-8922*

an answer to the complaint which is served on you with this summons, within   *20*   days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



TONY

CLERK

(By) DEPUTY CLERK

*1-6-04*

DATE

# PHILIP W. JOHNSTON ASSOCIATES

*Specializing in Health and Human Services*

FILED
IN CLERKS OFFICE

BOSTON OFFICE:
99 SUMMER STREET, SUITE 1820
BOSTON, MASSACHUSETTS 02110
PHONE: 617-338-2726

2004 JAN 30

WASHINGTON OFFICE:
7200 WISCONSIN AVENUE, SUITE 210
BETHESDA, MARYLAND 20814
PHONE: 301-347-0414

U.S. DISTRICT COURT
DISTRICT OF MASS

To: Lorenzo DiDonato

From: Meghan Finega

Re:
Receipt of correspondence re. candidacy.

Date: January 28, 2004 2:45 pm