CASE NUMBER 04-10021-JLT
PRO SE PLAINTIFF FLORENZO Di DONATO
Vs
DEFENDANT STATE PARTY CHAIRMAN PHILIP JOHNSTON

DEFENDANT SECRETARY OF STATE WILLIAM F. GALVIN

DEFENDANT ATTY. FOR SECRETARY OF STATE MICHELE TASSINARI

DEFENDANT ELECTION OFFICE CLERK HOWARD HOCK
ATTORNEY GENERALS OFFICE

As a citizen who was a Democrat candidate in the 1988 Presidential Primaries in the states of Massachusetts and New Hampshire. And as a citizen who applied for a special dispensation as the other candidates entered into the 2004 Primary Race, who received their ballot positions from the Massachusetts Secretary of state or from the Chairman of the Massachusetts Democratic Party, I too have asked both the state Secretary and the State Party Chairman to give me Florenzo Di Donato the same Consideration as the other candidates had received. I Believe as a Former Candidate who did Qualify as a National Candidate back in 1988, And as one who did receive National recognition back then on the Television Show's of '48 Hours' and 'Prime time' and on many of other states News Services. I Florenzo Di Donato Born and Raised here in Boston, Massachusetts have been deprived of my rights as a Free U.S. Citizen by the elitist action of both the Secretary of State and The State Democratic Party Chairman and all of the others who assisted them in this conspiracy to squash my chances to fulfill my candidacy. By acting in this elitist manner, of picking and choosing who they wanted to see on the ballot, rather then dispensing the duties of their authority in a fair and just equal manner, as our

Constitution Professes to the world is a National Shame. The charge by the representing lawyers of the Defendants stating that I the plaintiff was moot is a Travesty of Justice in Lieu of the facts that I have stated above. Also I was told by The Secretary Attorney Michele Tassirani that if I wished to have my name entered on the ballot that I should file an Injunction with the U.S District. Court and try to have the Judge rule on that matter, which I immediately did. The Judge ruled against me, and then I was told by three of the court clerks, on three separate occasions that I Should file for a trial by jury, so once again after being reassured by those three court clerks, that it was not to late and that the Judges ruling was not the final ruling, so with this in mind I Filed and paid the $150. Filing Fee for the trail by Jury, I did not receive that Trial, instead I feel completely alienated by the court who was suppose to rule on the basis of all the Fact's and as explained to me by the different clerks who serviced me when I filed, that I should not worry because the Judge would take in to account the fact that I am not an attorney and that I would be given a trial by Jury?