UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FLORENZO DIDONATO,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM GALVIN, Secretary of State, et al.,<br><br>Defendants. | CIVIL ACTION<br>NO. 04-10021-JLT |

### NOTICE OF APPEARANCE

Please enter on the docket my appearance as counsel for the state defendants Secretary of State and Clerks from the Election Office (Michelle Tassinari and Howard Hock).

STATE DEFENDANTS WILLIAM FRANCIS
GALVIN, MICHELLE TASSINARI, AND
HOWARD HOCK

By their attorney,

THOMAS F. REILLY
ATTORNEY GENERAL

/s/ Peter Sacks
_____
Peter Sacks
Assistant Attorney General
Government Bureau
One Ashburton Place, Room 2019
Boston, Massachusetts 02108-1598
(617) 727-2200, ext. 2064
BBO No. 548548

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 4/22/04.
/s/ Peter Sacks

Date: April 22, 2004

F:\users\SACKSP\DiDonato\appearance.wpd