Case Number 04-10021-J.L.T.                                    5/3/04

4th entry by PRO SE  Plaintiff Florenzo Di Donato

Your Honor because I made an error in one of my earlier statements I would like to Correct that

statement with this added addendum and I would like to add a 3 Hour video tape that I Produced

and Copyrighted back in 1988 when I ran as a Democrat candidate in the Democrat Presidential

Primary of that Year. Since then I had a Aortic Repair that caused me to overlook one of the

facts asked of me when I Filed my case in your Court. I was asked If I ever Filed a case in your

Court before, and I answered no I did not, Your Honor I did not Lie, because in Truth I honestly

did not Remember doing So, But after revueing my ' Video Tape '  I was reminded of this fact,

which had completely escaped my memory, so I am approaching your bench with clean hands

and asking you for your understanding, for I Honestly regret my error.

Your Honor It is my Belief that this Copyrighted Video Tape will help to enlighten the Court

insofar as shedding light on my reasons for attempting to run for this High Office. This Video

Tape is only one of a Three-Part Video Series That I produced back then.  I wish That I could

afford to submitt all three parts of this series but I am limited to what I can afford.  I can offer the

total Series of Three tapes entitled  'IN MY QUEST FOR LIBERTY AND JUSTICE'  to you and

your Court your honor But I Cannot afford to give each Defendant  a Copy of All Three Video

Tapes So I am asking you how can I Enter These Tapes Into The Court Process.

                              Respectfully Submitted

                              Pro' se   Florenzo Di Donato
                              197 Forest St, Arlington Ma .02474

                              Phone #    781- 643- 6965