Your Honor,

It is my belief that my rights have been violated by the Secretary of States office and by the Chairman of the Democratic Party of the State of Massachusetts and by your bias decision to forego my constitutional right by denying me my right to a jury trial, I realize that I am only a peon, but I am the son of two beautiful Italian Imigrants who loved this country dearly and cared enough to raise a daughter and six sons who also love this country, and who were taught to respect the officers of all our national institutions of our Govorment.  But at this point, I am feeling more sorry for the institutional betrayal of our country by certain political members of the political establishment and the judiciary who have sacrificed their honor to uphold their institutional gains by taking the easy way out and refusing to right a wrong, as our constitutional birthright guarantees each and every citizen  here in America.  My reason for submitting my vidio tapes was to

give the court a little insight into the trials and tribulations of my life. I Am not submitting my motions without justification, for I have been denied justice many times throughout my life starting when my education was interrupted by a bigoted teacher who accused me of committing an act of vandalizism which I did not commit. As a youth of fifteen I was a victim of this viscious hate crime that ruined my educational status in my life. My Catholic background taught me to Forgive and move on, but my earthly peers would not forgive and allow my life to go on. So I had to suffer through out my life because of that bigoted teachers prejudism. Later on in life after I had tried to compete in a world that would not accept a citizen with a limited education, I formed my own company by applying for many intellectual properties such as Patents, Trademarks and Copyrights and I paid my own way, as my Patent attorney's had advised. When my retained attorney's refused to represent me in securing my due

constitutional rights, because of the expenderture of time and money that it would take for them to do so, I continued to move on and search for that Attorney who would pursue my Interlectual Property Rights. Personally, I can go on waiting for justice to be granted to me someday, but I can not stand by as my nation, attacks the Innocent and aborts them as the matter of fact unborn. It is wrong and It Prostitutes the values of our nation, whether It is a ruling from the seat of government or from the Judiciary bench, again I may not be formerly educated but I know when the representatives of our Goverment have betrayed our trust and I for one can no longer admire the betrayal of our nations teachings. Either we live standing up for Americas principles or we desert our pride and die as International Pimp's? I prefer to die standing up for Americas principles. rather than being engulfed in the muck n' mire of our nations leaders, who continue to betray the national values of our Constitution, that so many of our patriots have

sacrificed their lives and limbs to uphold, may their

sacrifices not be in vain?

      God Bless America...

    Respectfully Submitted by
    Pro'se  Florenzo Di Donato
    197 Forest Street Arlington MA 02474
    Telephone 781 643 6965