FILED
IN CLERKS OFFICE

2004 JUN 14  P 1:45

U.S. DISTRICT COURT
DISTRICT OF MASS.

An addendum to the above plea

I Would like to add the Following

Statement, It was my belief ' that as an

American citizen' I had the right to

run for the office of, U.S. President but

as my so-called representatives  in

both State and U.S. Government have

demonstrated, according to their belief

I have no such right, at all .

Once again, they have stripped me of

constitutional dignity.  If our constitution does not uphold the

rights of all citizens,' as it espouses' than what good is it. This

is the question, that 'each citizen must ask themselves'who are

they serving, if they are' not 'serving the people.

Your Honor I  honestly don't know 'why

I bother to continue to believe in our

Country's professed teachings

for as a citizen whenever I have tried to
avail myself of any of these rights that
continue to be proclaimed through out the
world, as Inevitable rights of a free
society, I have always been deprived of
these so-called constitutional rights,
whether by the Law establishment
or by the representatives of our political
parties ' It Is truly a mockery of all the
Principles that we Americans profess to
abide by'. If this, mockery is allowed to
continue on unchallenged, than count me
as a revolutionary who will not tolerate
such un-American practice.' because that
would add shame to those heroic hero's
who sacrificed their lives' in the defense
of our Liberty's.

**Your Honor**

**In My Submission of the Three Video**

**Tapes that I had submitted In my fourth**

**Court entry, I Thought that I Clarified**

**My contention, once again  let me**

**reinstate my position first I did run for**

**the Democratic Nomination back in 1988**

**2nd I was Dreadfully treated by the system**

**for performing what I believed to be my**

**patriotic duty. Evidently their were some**

**who believed it was not.**

**That does not give them the right or the**

**authority to humiliate my efforts by**

**rejecting to treat my candidacy with an**

**equal status of fairness as they have**

**afforded all of the other candidates**

**they have  Humiliated me in my past**

election attempts, which have gone

unnoticed by the U.S. District court.

3rd It may sound like I am tooting my

own horn but it is the only way that this

candidate of limited education and

funding can describe the treatment that I

received by this un-American group of

Intellectual Snobs who have no Idea of

what a poor deprived citizen must go

through to achieve his or her goals. As a

Candidate  who ran in five prior elections

and as a candidate who solicited his own

Signatures  in each of those Elections

With the acceptation of ten partially filled

nomination papers, back in the 1976

General Election, by a few children in

Charlestown, Somerville and East Boston.

And as a candidate who never accepted

Any funding from any citizen to pursue

his political ambition, and as a candidate

who ran against political giants such as

the  Congressman Thomas Tip O'neill

Just before he became the speaker of the

U.S. House, as Wm. Barnstead, and Ted

Kahian also did in the 1976 General

Election back when I received a total

count of 8,233 votes spending Less than a

couple of hundred dollars on my whole
campaign.  If you think that those votes

meant nothing, Think about this.

John Quincy Adams one of our Nations

Founding Fathers who was elected to

office in that same 8th Congressional

District race with only 3,ooo or so votes

I had absolutely no poll-workers and no

11

poll- observers to insure the accuracy of

my votes counted. Yet not a word  about

my total count was published, if that is

not considered unjust treatment by the

Secretary  of states office, than what is?

4th  I mentioned that I once knew a

candidate who ran against our U.S.

Senator Edward M  Kennedy, His Name

was Chester Rudnicky of East Boston,

Mr  Rudnicky attempted to run in the

U.S. Senate primary Race and he

was also mooted.  But the court went on

to place his name on the ballot in the

General Election.

So now' I ' am asking the court to place

my name on the ballot in the 2004

General  Election as I thought I had

previously asked, when first filing

The court aids had previously expressed to me that the Judge would consider the fact that I am not an attorney and that I am a Prose Plaintiff representing himself and that I would receive a fair and Just hearing by a jury of my peers, I know that my first injunction was filed for your consideration' on the Democrat State Presidential primary ballot' but how was I to know that the State Secretary and the Chairman of the Democrat Party would drag their feet, causing my time to be mooted, After all I did notify the Election office clerks back in late September 2003 and if it was any earlier how then can it be a case of being moot on my part, I was

**not the one dragging his Feet.**

**Respectfully submitted by Plaintiff**

**Prose  Florenzo Di Donato/Democrat**

**!97 Forest Street , Arlington Ma 02474**

**Tel. 781-643-6965**

# Case Number 04-10021 JLT